LAW OFFICES OF

**WALKUP, MELODIA, KELLY & SCHOENBERGER**

A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com

**ATTORNEYS FOR PLAINTIFFS**
**J.P., A MINOR, BY AND THROUGH HER**
**GUARDIAN AD LITEM MEGANN PITTS, AND**
**MEGAN PITTS, INDIVIDUALLY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J.P., a minor, by and through her Guardian ad Litem MEGANN PITTS, and MEGANN PITTS, individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY,<br><br>    Defendants. | Case No. 2:20-cv-01056-JAM-DMC<br><br>**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM** |

Petitioner, MEGANN PITTS, states as follows:

1.    I am the mother of a minor, J.P., of the age of seven years.

2.    I am about to commence an action in this court against ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY, for damages as a result of said defendants' negligent operation of a three axel utility truck which collided with the automobile I was driving resulting in a multi-vehicle crash, and which caused catastrophic injuries to my daughter as well as injuries to me.

3.    My minor daughter has no general guardian and no previous

1

1  petition for appointment of a Guardian ad Litem has been filed in this matter.

2       4.      As J.P.'s mother, I am a competent and responsible person, and fully

3  competent to act as the Guardian ad Litem of my daughter.

4       5.      I am willing to act as Guardian ad Litem for my daughter, J.P., as

5  appears by my consent attached hereto.

6       WHEREFORE, Petitioner moves the court for an order appointing MEGANN

7  PITTS as Guardian ad Litem for J.P. for the purpose of bringing an action against

8  ALLTECK LINE CONTRACTORS, INC. and DARREN KELLY, on the claim

9  hereinabove stated.

10                         <u>CONSENT OF NOMINEE</u>

11      I, MEGANN PITTS, the nominee of Petitioner, consent to act as Guardian ad

12  Litem for the minor, J.P., in the above action.

13

14

15  Dated:  May 8, 2020                          /s/ MEGANN PITTS

16

17                                 <u>ORDER</u>

18      The petition for an order appointing MEGANN PITTS as Guardian ad Litem

19  for J.P. is GRANTED.

20      IT IS SO ORDERED May 27, 2020:

21

22                         /s/ John A. Mendez_____
                           UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650  CALIFORNIA STREET
26TH FLOOR
SAN  FRANCISCO,  CA   94108
( 415)   981- 7210

2
PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM –
CASE NO. 2:20-CV-01056-JAM-DMC