Natalie P. Vance, Bar No. 206708
Ernest L. Weisss, Bar No. 109459
W. Jason Scott, Bar No. 222204
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for DARREN KELLY and ALLTECK
LIMITED PARTNERSHIP (erroneously sued as
ALLTECK LINE CONTRACTORS, INC.)

Michael A. Kelly, Bar No. 71460
Richard H. Schoenberger, Bar No. 122190
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108

Attorney for Plaintiffs J.P., a minor, by and
through her guardian ad litem MEGANN PITTS,
and MEGANN PITTS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| J.P., a minor, by and through her Guardian Ad Litem MEGANN P ITTS, and MEGANN PITTS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY,<br><br>Defendants. | Case No. 2:20-cv-01056-JAM-DMC<br><br>**AMENDED STIPULATION AND REQUEST TO EXTEND DEADLINES IN PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER** |

Plaintiffs JP and MEGANN P ITTS ("Plaintiffs"), through their counsel Walkup, Melodia, Kelly & Schoenberger, and Defendants ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY (hereinafter "Defendants"), through their counsel Klinedinst PC, hereby stipulate and seek Court approval for

the following:

## **STIPULATION**

Since this Court's Status (Pre-Trial Scheduling) Order of October 8, 2020, the parties have exchanged written discovery. Although this is a motor vehicle accident case, the injuries are complex and treatment is ongoing. Many medical disciplines are involved. In this regard, the medical records are voluminous and current treatment records are still needed for review by qualified professionals before conducting independent medical examinations and preparing expert witness reports required for disclosure.

Unforeseen issues in the discovery process, and further issues associated with Covid 19, have resulted in delays in the subpoena process to obtain relevant medical records and documentation needed for expert review. This has prevented the Parties from obtaining all the pertinent records such that additional time is needed to secure the medical and educational records, perform medical examinations, and to complete expert reports.

The Parties request a 75 day continuance of all discovery deadlines in order to complete additional discovery, obtain the necessary medical, education, and treatment records, and to explore the possibility of settling and/or mediating Plaintiffs' claims. Neither the Plaintiffs nor the Defendants have sought any extensions of time from this Court in the litigation of this action.

Accordingly, the parties request to modify the Scheduling Conference Order as follows:

(1) Discovery Cutoff Date: June 30, 2021;

(2) Dispositive Motion Filing Deadline: August 13, 2021;

(3) Dispositive Motion Hearing: September 28, 2021 at 1:30 P.M.;

(4) Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior to the close of discovery;

(5) Final Pretrial Conference: November 12, 2021 at 11:00 a.m.;

(6) Jury/Bench Trial: <u>January 10, 2022 at 9:00 a.m.</u>

SO STIPULATED.

Walkup, Melodia, Kelly & Schoenberger

DATED: December 9, 2020          By:  /s/ *Richard H. Schoenberger*
                                      Richard H. Schoenberger
                                      Plaintiffs J.P., a minor, by and through
                                      her guardian ad litem MEGANN
                                      PITTS, and MEGANN PITTS

KLINEDINST PC

DATED: December 9, 2020          By:  /s/ *W. Jason Scott*
                                      Natalie P. Vance
                                      Ernest L. Weisss
                                      W. Jason Scott
                                      Attorneys for Defendant
                                      DARREN KELLY and ALLTECK
                                      LIMITED PARTNERSHIP
                                      (erroneously sued as ALLTECK LINE
                                      CONTRACTORS, INC.)

# **ORDER**

Accordingly, for good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that:

(1) Discovery Cutoff Date: June 30, 2021;

(2) Dispositive Motion Filing Deadline: August 13, 2021;

(3) Dispositive Motion Hearing: September 28, 2021 at 1:30 P.M.;

(4) Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior to the close of discovery;

(5) Final Pretrial Conference: November 12, 2021 at 11:00 a.m.;

(6) Jury/Bench Trial: January 10, 2022 at 9:00 a.m.

IT IS SO ORDERED.

DATED: December 9, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE