Natalie P. Vance, Bar No. 206708
Ernest L. Weisss, Bar No. 109459
W. Jason Scott, Bar No. 222204
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for DARREN KELLY and ALLTECK LIMITED PARTNERSHIP (erroneously sued as ALLTECK LINE CONTRACTORS, INC.)

Michael A. Kelly, Bar No. 71460
Richard H. Schoenberger, Bar No. 122190
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108

Attorney for Plaintiffs J.P., a minor, by and through her guardian ad litem MEGANN PITTS, and MEGANN PITTS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| J.P., a minor, by and through her Guardian Ad Litem MEGANN P ITTS, and MEGANN PITTS, individually,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY,<br><br>　　　　Defendants. | Case No. 2:20-cv-01056-JAM-DMC<br><br>**JOINT STIPULATION FOR AN EXTENSION OF THE EXPERT DISCLOSURE DATES IN PRETRIAL SCHEDULING ORDER BY 75 DAYS; ORDER** |

Plaintiffs JP and MEGANN P ITTS ("Plaintiffs"), through their counsel Walkup, Melodia, Kelly & Schoenberger, and Defendants ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY (hereinafter "Defendants"), through their counsel Klinedinst PC, hereby stipulate and seek Court approval for

the following:

**STIPULATION**

Since this Court's Status (Pre-Trial Scheduling) Order of October 8, 2020, the parties have exchanged written discovery. Although this is a motor vehicle accident case, the injuries are complex and treatment is ongoing. Many medical disciplines are involved. In this regard, the medical records are voluminous and current treatment records are still needed for review by qualified professionals before conducting independent medical examinations and preparing expert witness reports required for disclosure.

Unforeseen issues in the discovery process, and further issues associated with Covid 19, have resulted in delays in the subpoena process to obtain relevant medical records and documentation needed for expert review. This has prevented the Parties from obtaining all the pertinent records such that additional time is needed to secure the medical and educational records, perform medical examinations, and to complete expert reports.

The Parties request a 75 day continuance of all expert disclosure deadlines in order to complete additional discovery, obtain the necessary medical, education, and treatment records, and to explore the possibility of settling and/or mediating Plaintiffs' claims. The continuance will not affect the motion or trial dates. Neither the Plaintiffs nor the Defendants have sought any extensions of time for expert disclosures from this Court in the litigation of this action.

Accordingly, the parties request to modify the Scheduling Conference Order as follows:

(1) Expert Disclosure due by April 14, 2021;

(2) Rebuttal Expert Disclosure due by April 28, 2021;

SO STIPULATED.

Walkup, Melodia, Kelly & Schoenberger

DATED: January   , 2021          By:  /s/
                                      Richard H. Schoenberger
                                      Plaintiffs J.P., a minor, by and through
                                      her guardian ad litem MEGANN
                                      PITTS, and MEGANN PITTS

KLINEDINST PC

DATED: January   , 2021          By:  /s/
                                      Natalie P. Vance
                                      Ernest L. Weisss
                                      W. Jason Scott
                                      Attorneys for Defendant
                                      DARREN KELLY and ALLTECK
                                      LIMITED PARTNERSHIP
                                      (erroneously sued as ALLTECK LINE
                                      CONTRACTORS, INC.)

# ORDER

Accordingly, for good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that:

(1) Expert Disclosure due by April 14, 2021;

(2) Rebuttal Expert Disclosure due by April 28, 2021.

IT IS SO ORDERED.

DATED:  January 12, 2021        /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE