1  Natalie P. Vance, Bar No. 206708
   Ernest L. Weisss, Bar No. 109459
2  W. Jason Scott, Bar No. 222204
   KLINEDINST PC
3  801 K Street, Suite 2100
   Sacramento, California 95814
4  (916) 444-7573/FAX (916) 444-7544

5  Attorneys for DARREN KELLY and ALLTECK
   LIMITED PARTNERSHIP (erroneously sued as
6  ALLTECK LINE CONTRACTORS, INC.)

7  Michael A. Kelly, Bar No. 71460
   Richard H. Schoenberger, Bar No. 122190
8  Walkup, Melodia, Kelly & Schoenberger
   650 California Street, 26th Floor
9  San Francisco, CA 94108

10 Attorney for Plaintiffs J.P., a minor, by and
   through her guardian ad litem MEGANN PITTS,
11 and MEGANN PITTS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J.P., a minor, by and through her Guardian Ad Litem MEGANN P ITTS, and MEGANN PITTS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY,<br><br>Defendants. | Case No. 2:20-cv-01056-JAM-DMC<br><br>**THIRD AMENDED JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES IN PRETRIAL SCHEDULING ORDER; ORDER** |

Plaintiffs JP and MEGANN P ITTS ("Plaintiffs"), through their counsel Walkup, Melodia, Kelly & Schoenberger, and Defendants ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY (hereinafter "Defendants"), through their counsel Klinedinst PC, hereby stipulate and seek Court approval for the following:

1

THIRD AMENDED JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES IN PRETRIAL SCHEDULING ORDER; ORDER

# STIPULATION

Since this Court's Status (Pre-Trial Scheduling) Order of October 8, 2020, the parties have exchanged written discovery. Although this is a motor vehicle accident case, the injuries are complex and treatment is ongoing. Many medical disciplines are involved. In this regard, the medical records are voluminous and current treatment records are still needed for review by qualified professionals before conducting independent medical examinations and preparing expert witness reports required for disclosure.

The parties have encountered additional unforeseen issues in the discovery process, and further issues associated with Covid 19, have resulted in delays in the subpoena process to obtain relevant medical records and documentation needed for expert review. This has prevented the Parties from obtaining all the pertinent records such that additional time is needed to secure the medical and educational records, perform medical examinations, and to complete expert reports.

The Parties request an additional 90 day continuance of all non-expert and expert discovery deadlines in order to complete additional discovery, obtain the necessary medical, education, and treatment records, and to explore the possibility of settling and/or mediating Plaintiffs' claims. The parties have obtained two prior orders from this Court extending the non-expert discovery deadlines, and two prior orders extending the expert discovery deadlines.

Accordingly, the parties request to modify the Scheduling Conference Order as follows:

(1) Expert Disclosure due by November 12, 2021;

(2) Rebuttal Expert Disclosure due by November 26, 2021;

(3) Discovery Cutoff Date: January 14, 2022;

(4) Dispositive Motion Filing Deadline: February 25, 2022

(5) Dispositive Motion Hearing: April 19, 2022, at 1:30 p.m.;

(6) Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior

to the close of discovery;

(7) Final Pretrial Conference: June 3, 2022 at 11:00 a.m.;

(8) Jury/Bench Trial: July 25, 2022 at 9:00 a.m.

SO STIPULATED.

Walkup, Melodia, Kelly & Schoenberger

DATED: August 10, 2021

By: */s/ Richard H. Schoenberger*
 (as authorized on August 10, 2021)
Richard H. Schoenberger
Plaintiffs J.P., a minor, by and through her guardian ad litem MEGANN PITTS, and MEGANN PITTS

KLINEDINST PC

DATED: August 10, 2021

By: */s/ Natalie P.Vance*
Natalie P. Vance
Ernest L. Weisss
W. Jason Scott
Attorneys for Defendant
DARREN KELLY and ALLTECK LIMITED PARTNERSHIP
(erroneously sued as ALLTECK LINE CONTRACTORS, INC.)

///
///
///
///
///
///

**ORDER**

Accordingly, for good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that the Scheduling Conference Order is modified as follows:

(1) Expert Disclosure due by November 12, 2021;

(2) Rebuttal Expert Disclosure due by November 26, 2021;

(3) Discovery Cutoff Date: January 14, 2022;

(4) Dispositive Motion Filing Deadline: February 25, 2022

(5) Dispositive Motion Hearing: April 19, 2022, at 1:30 p.m.;

(6) Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior to the close of discovery;

(7) Final Pretrial Conference: June 3, 2022 at 11:00 a.m.;

(8) Jury/Bench Trial: July 25, 2022 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED:  August 10, 2021          /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE