Natalie P. Vance, Bar No. 206708
Ernest L. Weisss, Bar No. 109459
W. Jason Scott, Bar No. 222204
KLINEDINST PC
801 K Street, Suite 2100
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544

Attorneys for DARREN KELLY and ALLTECK
LIMITED PARTNERSHIP (erroneously sued as
ALLTECK LINE CONTRACTORS, INC.)

Michael A. Kelly, Bar No. 71460
Richard H. Schoenberger, Bar No. 122190
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108

Attorney for Plaintiffs J.P., a minor, by and
through her guardian ad litem MEGANN PITTS,
and MEGANN PITTS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J.P., a minor, by and through her Guardian Ad Litem MEGANN P ITTS, and MEGANN PITTS, individually,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY,<br><br>　　　　　Defendants. | Case No. 2:20-cv-01056-JAM-DMC<br><br>**FOURTH AMENDED JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES IN PRETRIAL SCHEDULING ORDER; ORDER** |

Plaintiffs JP and MEGANN P ITTS ("Plaintiffs"), through their counsel Walkup, Melodia, Kelly & Schoenberger, and Defendants ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY (hereinafter "Defendants"), through their counsel Klinedinst PC, hereby stipulate and seek Court approval for the following:

1

## **STIPULATION**

Since this Court's Status (Pre-Trial Scheduling) Order of October 8, 2020, the parties have exchanged written discovery. Although this is a motor vehicle accident case, the injuries are complex and treatment is ongoing. Many medical disciplines are involved. In this regard, the medical records are voluminous and current treatment records are still needed for review by qualified professionals before conducting independent medical examinations and preparing expert witness reports required for disclosure.

The parties have encountered additional unforeseen issues in the discovery process, and further issues associated with Covid 19, have resulted in delays in the subpoena process to obtain relevant medical records and documentation needed for expert review. This has prevented the Parties from obtaining all the pertinent records such that additional time is needed to secure the medical and educational records, perform medical examinations, and to complete expert reports.

The Parties request an additional 30 day continuance of all non-expert and expert discovery deadlines in order to complete additional discovery, obtain the necessary medical, education, and treatment records, and to explore the possibility of settling and/or mediating Plaintiffs' claims. The parties have obtained three prior orders from this Court extending the non-expert discovery deadlines, and three prior orders extending the expert discovery deadlines.

Accordingly, the parties request to modify the Scheduling Conference Order as follows:

(1) Expert Disclosure due by December 20, 2021;

(2) Rebuttal Expert Disclosure due by January 14, 2022;

(3) Discovery Cutoff Date: January 31, 2022;

(4) Dispositive Motion Filing Deadline: February 25, 2022

(5) Dispositive Motion Hearing: April 19, 2022, at 1:30 p.m.;

(6) Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior

2
FOURTH AMENDED JOINT STIPULATION AND REQUEST TO EXTEND DEADLINES IN PRETRIAL SCHEDULING ORDER; ORDER

to the close of discovery;

(7) Final Pretrial Conference: June 3, 2022 at 11:00 a.m.;

(8) Jury/Bench Trial: July 25, 2022 at 9:00 a.m.

SO STIPULATED.

                                            Walkup, Melodia, Kelly & Schoenberger

DATED: November 10, 2021     By: */s/ Richard H. Schoenberger*
                                                       (as authorized on November 10, 2021)
                                                 Richard H. Schoenberger
                                                 Plaintiffs J.P., a minor, by and through her guardian ad litem MEGANN PITTS, and MEGANN PITTS

KLINEDINST PC

DATED: November 10, 2021     By: */s/ Natalie P.Vance*
                                                   Natalie P. Vance
                                                 Ernest L. Weisss
                                                 W. Jason Scott
                                                 Attorneys for Defendant DARREN KELLY and ALLTECK LIMITED PARTNERSHIP (erroneously sued as ALLTECK LINE CONTRACTORS, INC.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

# ORDER

Accordingly, for good cause and pursuant to the above Stipulation of the Parties, IT IS HEREBY ORDERED that the Scheduling Conference Order is modified as follows:

(1) Expert Disclosure due by December 20, 2021;

(2) Rebuttal Expert Disclosure due by January 14, 2022;

(3) Discovery Cutoff Date: January 31, 2022;

(4) Dispositive Motion Filing Deadline: February 25, 2022

(5) Dispositive Motion Hearing: April 19, 2022, at 1:30 p.m.;

(6) Joint Mid-Litigation Statement Filing Deadline: Fourteen (14) days prior to the close of discovery;

(7) Final Pretrial Conference: June 3, 2022 at 11:00 a.m.;

(8) Jury/Bench Trial: July 25, 2022 at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: November 12, 2021     /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE