**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A Professional Corporation

650 California Street, 26th Floor
San Francisco, California 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com

RICHARD J. MOLIN (State Bar # 66894)
GINA GESTRI (State Bar # 325186)
STEWART HUMPHERYS & MOLIN
1560 Humboldt Road, Suite 1
P.O. Box 720
Chico, CA 95928
P: (530) 891-6111
F: (530) 894-2103
rjmolin@chicolaw.com
gina@chicolaw.com

**ATTORNEYS FOR PLAINTIFFS
J.P., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM MEGANN PITTS, AND
MEGAN PITTS, INDIVIDUALLY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J.P., a minor, by and through her Guardian ad Litem MEGANN PITTS, and MEGANN PITTS, individually,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY,<br><br>                    Defendants. | Case No. 2:20-cv-01056-JAM-DMC<br><br>**STIPULATION AND ORDER REGARDING SETTLEMENT AND REQUEST FOR STATUS CONFERENCE** |

TO THE HONORABLE COURT:

The parties to this action have reached a settlement, subject to a formal agreement to be exchanged and executed.

They respectfully request that the trial date and all accompanying dates be

1

1  vacated, and that the Court set a review hearing or Status Conference in 60 days.  By
2  that time, the parties anticipate having completed the settlement, and a dismissal of
3  all parties and all causes of action should be on file.
4      I agree to and accept the foregoing stipulation.
5  Dated:  April 7, 2022                    WALKUP, MELODIA, KELLY & SCHOENBERGER

8              By:    /s/ Michael A. Kelly
                     MICHAEL A. KELLY
                     RICHARD H. SCHOENBERGER
                     Attorneys for Plaintiffs
                     J.P., A MINOR, BY AND THROUGH HER
                     GUARDIAN AD LITEM MEGANN PITTS,
                     AND MEGAN PITTS, INDIVIDUALLY

12      I agree to and accept the foregoing stipulation.

14  Dated:  April 7, 2022                    STEWART, HUMPHEREYS & MOLIN

16              By:    /s/ Richard J. Molin
                     RICHARD J. MOLIN
                     GINA GESTRI
                     Attorneys for Plaintiffs
                     J.P., A MINOR, BY AND THROUGH HER
                     GUARDIAN AD LITEM MEGANN PITTS,
                     AND MEGAN PITTS, INDIVIDUALLY

21  / / / /
22  / / / /
23  / / / /
24  / / / /
25  / / / /
26  / / / /
27  / / / /
28  / / / /

1   I agree to and accept the foregoing stipulation.

2

3   Dated: April 7, 2022          KLINEDINST PC

4

5                                 By:      /s/ Natalie P. Vance
                                       NATALIE P. VANCE
6                                      ERNEST L. WEISS
7                                      W. JASON SCOTT
                                       Attorneys for Defendants
8                                      ALLTECK LINE CONTRACTORS, INC. and
                                       DARREN KELLY
9

10

11

12                                **ORDER**

13

14      IT IS SO ORDERED.

15

16  Dated: April 14, 2022           /s/ John A. Mendez
17                                  THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE
18