LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

MICHAEL A. KELLY (State Bar #71460)
mkelly@walkuplawoffice.com
RICHARD H. SCHOENBERGER (State Bar #122190)
rschoenberger@walkuplawoffice.com

RICHARD J. MOLIN (State Bar # 66894)
GINA GESTRI (State Bar # 325186)
STEWART HUMPHERYS & MOLIN
1560 Humboldt Road, Suite 1
P.O. Box 720
Chico, CA 95928
P:  (530) 891-6111
F:  (530) 894-2103
rjmolin@chicolaw.com
gina@chicolaw.com

**ATTORNEYS FOR PLAINTIFFS
J.P., A MINOR, BY AND THROUGH HER
GUARDIAN AD LITEM MEGANN PITTS, AND
MEGAN PITTS, INDIVIDUALLY**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| J.P., a minor, by and through her Guardian ad Litem MEGANN PITTS, and MEGANN PITTS, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ALLTECK LINE CONTRACTORS, INC., and DARREN KELLY,<br><br>Defendants. | Case No. 2:20-cv-01056-JAM-DMC<br><br>**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER** |

WHEREAS, the Parties have settled the action in its entirety;

WHEREAS, the California Superior Court approved the minor's compromise;

WHEREAS, all of the settlement funds have been paid;

It is hereby stipulated by the Parties that the entire action be **DISMISSED**

with prejudice.

IT IS SO STIPULATED.

KLINEDINST PC

DATED: April 10, 2023    By: /s/ *Natalie P. Vance*
                              Natalie P. Vance
                              Ted S. Wolter
                              Attorneys for ALLTECK LIMITED
                              PARTNERSHIP (erroneously sued as
                              ALLTECK LINE CONTRACTORS, INC.)
                              and DARREN KELLY

WALKUP MELODIA KELLY &
SCHOENBERGER

DATED: April 10, 2023    By: /s/ Michael A. Kelly
                              Michael A. Kelly
                              Richard H. Schoenberger
                              Attorneys for Plaintiffs
                              J.P., a minor, by and through her Guardian
                              Ad Litem MEGANN PITTS, and MEGANN
                              PITTS, individually

**ORDER**

IT IS SO ORDERED.

Dated: April 12, 2023    /s/ John A. Mendez
                         THE HONORABLE JOHN A. MENDEZ
                         SENIOR UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

2

JOINT REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER –
CASE NO. 2:20-cv-01056-JAM-DMC